IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD ALLEN HAILES,

    **Plaintiff,**

    v.                                            CASE NO. 23-3111-JWL

LAURA KELLY, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF"). Plaintiff has paid the filing fee. On May 25, 2023, the Court entered a Memorandum and Order to Show Cause (Doc. 11) ("MOSC") directing Plaintiff to show good cause why his Complaint should not be dismissed for the reasons set forth in the MOSC. Plaintiff was also given the opportunity to file "a complete and proper amended complaint" to cure the deficiencies. The Clerk mailed Plaintiff forms and instructions for filing an amended complaint.

This matter is before the Court on Plaintiff's "Memorandum of Show Cause and Motion to Amend" (Doc. 12.) Although Plaintiff seeks to add three defendants to this case, he has not submitted an amended complaint on the forms provided to him. The Court's MOSC explained in detail how to submit a proper amended complaint. It provides that "a plaintiff is required to name each defendant not only in the caption of the complaint, but again in the body of the complaint and to include in the body a description of the acts taken by each defendant that violated plaintiff's federal constitutional rights." (Doc. 11, at 5–6.) The MOSC also provides that "Plaintiff should include all of his claims in an amended complaint" and:

> To add claims, significant factual allegations, or change defendants, a plaintiff must submit a complete amended complaint. *See* Fed. R. Civ. P. 15.  An amended complaint is not simply an addendum to the original complaint, and instead completely supersedes it.  Therefore, any claims or allegations not included in the amended complaint are no longer before the court.  It follows that a plaintiff may not simply refer to an earlier pleading, and the amended complaint must contain all allegations and claims that a plaintiff intends to pursue in the action, including those to be retained from the original complaint.
>
> Plaintiff must write the number of this case (23-3111-JWL) at the top of the first page of his amended complaint and he must name every defendant in the caption of the amended complaint. *See* Fed. R. Civ. P. 10(a).  Plaintiff should also refer to each defendant again in the body of the amended complaint, where he must allege facts describing the unconstitutional acts taken by each defendant including dates, locations, and circumstances.  Plaintiff must allege sufficient additional facts to show a federal constitutional violation. Plaintiff is given time to file a complete and proper amended complaint in which he (1) raises only properly joined claims and defendants; (2) alleges sufficient facts to state a claim for a federal constitutional violation and show a cause of action in federal court; and (3) alleges sufficient facts to show personal participation by each named defendant.

(Doc. 11, at 11, 15.)

Because Plaintiff has not submitted a complete amended complaint on the court-approved form as instructed in the Court's MOSC, the Court denies Plaintiff's motion to amend.  Plaintiff has until June 26, 2023, to submit a proper amended complaint.  The Court will consider Plaintiff's "Memorandum of Show Cause" as a response to the Court's MOSC.

If Plaintiff does not file an amended complaint within the prescribed time that cures all the deficiencies set forth in the MOSC, this matter may be dismissed without further notice for failure to state a claim.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Amend (Doc. 12) is **denied**.  The Court will consider the Memorandum of Show Cause included in the motion as a response to the Court's MOSC.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **June 26, 2023,** in which to show good cause, in writing to the undersigned, why Plaintiff's Complaint should not be dismissed for the reasons stated in the Court's MOSC at Doc. 11.

**IT IS FURTHER ORDERED** that Plaintiff is also granted until **June 26, 2023**, in which to file a complete and proper amended complaint to cure all the deficiencies discussed in the Court's MOSC at Doc. 11.

**IT IS SO ORDERED**.

Dated June 1, 2023, in Kansas City, Kansas.

                                        **S/ John W. Lungstrum**
                                        **JOHN W. LUNGSTRUM**
                                        **UNITED STATES DISTRICT JUDGE**